**UNITED STATES BANKRUPTCY COURT**
**EASTERN AND WESTERN DISTRICT OF ARKANSAS**

In Re: SARAH E GARNER

Case No: 5:25-bk-71411 R
Chapter 13

### SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Joyce Bradley Babin, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this Notice.  This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed.  "Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted."  For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed.  If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation:  (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

Date:  4/28/2026

/s/  Joyce Bradley Babin
Chapter 13 Standing Trustee

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Benson  T Garner<br>1812 Anthony Dr<br>Rogers, AR  72756 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Hertzberg Law Firm of Arkansas, P.A.<br>4285 N Shiloh Dr  Suite 108<br>Fayetteville, AR  72703 | $3,800.00<br>$0.00 | Initial Attorney Fee<br>Account No:<br>Comment  : | 100.00 |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| JPMorgan Chase Bank NA<br>P O Box 15368<br>Wilmington, DE  19850 | $25,945.42<br>$25,945.42<br>Filed | UNSECURED<br>Account No:  7204<br>Comment  : | Pro-Rata |
| JPMorgan Chase Bank NA<br>P O Box 15368<br>Wilmington, DE  19850 | $8,462.41<br>$8,462.41<br>Filed | UNSECURED<br>Account No:  5483<br>Comment  : | Pro-Rata |
| Marketplace Homes<br>Insufficient Address<br>Rogers, AR  72758 | $0.00<br>$0.00<br>Claim Not Filed | Lease - Other<br>Account No:<br>Comment  :  Residential Lease | 0.00<br><br>Paid outside |
| Mercy Fort Smith<br>P.O. Box 2580<br>Springfield, MO  65801 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Mountain America FCU<br>404 E 4500S Ste A35<br>Salt Lake City, UT  84107 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| University of New Mexico<br>2211 Lomas Blvd NE<br>Springfield, MO  65801 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |

CC:    SARAH E GARNER
       1812 Anthony Dr
       Rogers, AR  72756

       Hertzberg Law Firm of Arkansas, P.A.
       4285 N Shiloh Dr  Suite 108
       Fayetteville, AR  72703